

FILED
CLERK, U.S. DISTRICT COURT

Apr 15, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN PAYAN,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>  Defendants. | Case No.: 2:14-CV-07360-SVW(JEM)<br>*Deemed related to*<br>          2:14-CV-08036-SVW-(JEM)<br><br>[~~PROPOSED~~] JUDGMENT ON SPECIAL VERDICT AFTER JURY TRIAL<br><br>HON. STEPHEN V. WILSON<br><br>Courtroom:     6<br>**Trial:**         Mar. 17, 2015<br>**Action Filed:** Aug. 12, 2014<br>**Removal:**      Sep. 19, 2014 |

The court previously granted Summary Judgment in favor of Defendants on Plaintiff's First Cause of Action for Conspiracy, Third Cause of Action for Excessive Use of Force and Fifth Cause of Action for Municipal Liability and Bifurcated and Deferred Plaintiff's state law causes of action pending jury trial of the remaining federal claims. The remaining federal causes of action: Second Cause of Action for Unreasonable Search and Seizure and Fourth Cause of Action for Violation of Due Process, came on regularly for trial on March 17, 2015 in

Courtroom 6 of the above-entitled United States District Court, Central District of California, the Honorable Stephen v. Wilson, Judge Presiding.

Plaintiff CHRISTIAN PAYAN appeared by attorneys Gilbert Saucedo and Humberto Diaz. Defendants, DET. OMAR MIRANDA, DEPUTY JASON PUGA and DEPUTY EDWARD MARTINEZ appeared by attorneys Ashlee P. Clark and Janet L. Keuper.

A jury of 8 persons was regularly impaneled and sworn. Witnesses were sworn and testified. Following presentation of evidence, the Court granted NONSUIT as to Defendant, DET. OMAR MIRANDA. The jury was thereafter duly instructed by the Court. After arguments of counsel, the cause was submitted to the jury with directions to return a verdict on special issues. The jury deliberated and thereafter returned into Court with its verdict consisting of the issues submitted to the jury, and the answers given thereto by the jury, which said in words and figures as follows, to-wit:

## JUDGMENT ON SPECIAL VERDICT

"TITLE OF THE COURT AND CAUSE"

The jury unanimously answers the following questions:

1. Fourth Amendment - Unreasonable Search

"Do you find by a preponderance of the evidence that Christian Payan's Fourth Amendment right to be free from an unreasonable search was violated?"

Answer: No

2. Fourth Amendment - Unreasonable Seizure

"Do you find by a preponderance of the evidence that Christian Payan's Fourth Amendment right to be free from an unreasonable seizure of his person?"

Answer: No

"Do you find by a preponderance of the evidence that Christian Payan's Fourth Amendment right to be free from an unreasonable seizure of his property?"

Answer: No

"Do you find by a preponderance of the evidence that Christian Payan's Fourth Amendment right to be free from an unreasonable seizure of his person?"

Answer: No"

***

Dated: 3/19/15                              /s/
                                    Jury Foreperson

By reason of said special jury verdict, Defendants, DEPUTY JASON PUGA and DEPUTY EDWARD MARTINEZ are entitled to Judgment against Plaintiff CHRISTIAN PAYAN.

Now, therefore, it is **ORDERED, ADJUDGED AND DECREED** that Plaintiff CHRISTIAN PAYAN have and recover nothing by reason of each of his federal claims set forth in his Complaint against Defendants, DEPUTY JASON PUGA, DEPUTY EDWARD MARTINEZ and DET. OMAR MIRANDA, and that Defendants DEPUTY JASON PUGA, DEPUTY EDWARD MARTINEZ and DET. OMAR MIRANDA shall recover costs in accordance with Local Rule 54. The Court, having resolved all federal claims, declines to entertain the supplemental state law claims and dismisses those claims without prejudice. [Dkt. 65.]

Dated:   April 15, 2015              _____
                                    HON. STEPHEN V. WILSON
                                    **United States District Court Judge**

[PROPOSED] JUDGMENT ON SPECIAL VERDICT AFTER TRIAL JURY